IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**NICOLE WATKINS D/B/A**
**PRIORITY ONE GROUP, INC.** **PLAINTIFF**

**VS.** **CIVIL ACTION NO. 4:17-CV-00159 -MPM-JMV**

**PLANTERS BANK & TRUST COMPANY, ET. AL** **DEFENDANTS**

## ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(3)(B) provides that "[f]iling…a motion to compel arbitration … stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal. Whether to permit discovery on issues related to the motion …is a decision committed to the discretion of the court…" L.U. Civ. R. 16(b)(3)(B). Accordingly, staying discovery in this case is appropriate at this time.

**IT IS, THERFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED** pending a ruling on the motion to compel arbitration. Defendants shall notify the undersigned magistrate judge within seven (7) days of a decision on the motion and shall submit a proposed order lifting the stay.

**SO ORDERED** this, Thursday, December 28, 2017.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**